**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**HOLLEY JONES (# R8361)**  PETITIONER

v.  No. 4:07CV133-P-B

**WARDEN JENKIN, ET AL.**  RESPONDENTS

### FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the motion [14] to dismiss filed by the state is hereby **GRANTED**, and the instant petition for a writ of *habeas corpus* is hereby **DISMISSED**.

As the court considered the petitioner's amended petition and all documents he submitted, the petitioner's motions [12], [13] to amend his petition and incorporate additional documents are hereby **GRANTED.**

In light of these rulings, all remaining motions in this case are hereby **DISMISSED** as moot.

**SO ORDERED,** this the 3rd day of June, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE